# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:13cv414

| | | |
|---|---|---|
| **KYLE STEWART CRAMER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **Vs.** | ) | |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on George C. Piemonte's Motion for Admission *Pro Hac Vice* of Karl E. Osterhout's.  It appearing that Mr. Osterhout is a member in good standing with the Western District of Pennsylvania Bar, the Pennsylvania State Bar, and the District of Columbia Bar and will be appearing with Mr. Piemonte, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE ORDERED** that Mr. Piemonte's Motion for Admission *Pro Hac Vice* (#3) of Karl E. Osterhout is **GRANTED,** and Mr. Ousterhout is **ADMITTED** to practice, *pro ha vice*, before the bar of this court while associated with Mr. Piemonte.

Signed: July 23, 2013

Max O. Cogburn Jr.
United States District Judge